**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,                )
425 Third Street SW, Suite 800       )
Washington, DC 20024,                )
                                     )
                    Plaintiff,       )        Civil Action No.
                                     )
v.                                   )
                                     )
U.S. DEPARTMENT OF JUSTICE,          )
950 Pennsylvania Avenue NW           )
Washington, DC 20530,                )
                                     )
                    Defendant.       )
_____ )

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of

Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Judicial Watch, Inc. is a non-profit, educational foundation organized

under the laws of the District of Columbia and having its principal place of business at 425 Third

Street SW, Suite 800, Washington, DC 20024.  Plaintiff seeks to promote integrity, transparency,

and accountability in government and fidelity to the rule of law.  As part of its educational

mission, Plaintiff regularly requests records under FOIA to shed light on the operations of the

federal government agencies and to educate the public about these operations.  Plaintiff then analyzes the agency records and disseminates the results to the American public to inform them about "what their government is up to."

4.     Defendant U.S. Department of Justice is an agency of the U.S. Government and is headquartered at 950 Pennsylvania Avenue NW, Washington, DC 20530.  Defendant DOJ has possession, custody, and control of public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.     On April 16, 2019, Plaintiff sent a FOIA request to the Federal Bureau of Investigation ("FBI"), a component of Defendant, by certified mail, seeking access to "any and all records concerning, regarding, or relating to a deceased individual named Bella Dodd." Plaintiff noted that Ms. Dodd "was born in 1904 in Picerno, Italy, and died on or about April 29, 1969 in New York City."  Plaintiff also enclosed a copy of the biography of Ms. Dodd posted on Wikipedia.  Plaintiff specifically requested that the FBI "search its automated indices, its older general (manual) indices, and its Electronic Surveillance (ELSUR) Data Management System (EDMS), as well as cross-referenced files."

6.     By letter dated April 24, 2019, the FBI acknowledged receiving Plaintiff's request and advised Plaintiff that the request had been assigned "FOIPA Request No. 1434556-000."

7.     By letter dated May 23, 2019, the FBI advised Plaintiff that "unusual circumstances" applied to the processing of Plaintiff's request and that it would be unable "to make a determination on [Plaintiff's] request within 20 days (excluding weekend[s] and legal public holidays)."

8.     In emails dated November 14, 2019, the FBI represented that Plaintiff's request was "presently in Initial Processing, where the assigned analyst is searching for, retrieving and

reviewing potentially responsive records" and that its "FOIPA Program is searching the FBI's indices for potentially responsive documents."  Plaintiff has received no further communication from the FBI regarding the request.

9.     As of the date of this Complaint, the FBI has not made a determination about whether it will comply with Plaintiff's FOIA request, notified Plaintiff of any determination, or notified Plaintiff of its right to appeal any adverse determination to the head of the agency.  Nor has the FBI produced any records responsive to the request, indicated when any responsive records will be produced, or demonstrated that responsive records are exempt from production.

### COUNT I
**(Violation of FOIA, 5 U.S.C. § 552)**

10.     Plaintiff realleges paragraphs 1 through 9 as if fully stated herein.

11.     Defendant is in violation of FOIA.

12.     Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

13.     Plaintiff has no adequate remedy at law.

14.     To trigger FOIA's administrative exhaustion requirement, Defendant was required to make a final determination on Plaintiff's request on or about June 8, 2019.

15.     Because Defendant failed to make a final determination on Plaintiff's request within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to search for any and all records responsive to Plaintiff's FOIA request and demonstrate that they employed search methods reasonably likely to lead to the discovery of records responsive to the

- 3 -

request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to the request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  September 16, 2020                    Respectfully submitted,

                                             */s/ Paul J. Orfanedes*
                                             PAUL J. ORFANEDES
                                             D.C. Bar No. 429716
                                             JUDICIAL WATCH, INC.
                                             425 Third Street SW, Suite 800
                                             Washington, DC 20024
                                             Tel:    (202) 646-5172
                                             Fax:    (202) 646-5199
                                             Email:  porfanedes@judicialwatch.org

                                             *Attorney for Plaintiff*